# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

Case Number: __MRL)_____

Case Name: _____

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____


**PRO SE APPELLANT'S BRIEF**

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

**United States Court of Appeals For The Sixth Circuit**
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202-3988

1. Did the District Court incorrectly decide the facts?     ☐ Yes     ☐ No

   If so, what facts?

   [                                                                    ]

2. Do you think the District Court applied the wrong law?     ☐ Yes     ☐ No

   If so, what law do you want applied?

   [                                                                    ]

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ☐ Yes   ☐ No
   If so, what are they?

4. What specific issues do you wish to raise on appeal?

5. What action do you want the Court of Appeals to take in this case?

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the ____ day of _____, 20____.

Signature (Notary not required)

_____