UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 24-4107 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | <u>APPELLEE'S MOTION FOR A</u> |
| CHRISTOPHER UGOCHUKWU, | ) | <u>30-DAY EXTENSION OF TIME</u> |
| | ) | <u>WITHIN WHICH TO FILE</u> |
| Defendant-Appellant. | ) | <u>APPELLEE'S BRIEF</u> |

Plaintiff-Appellee, the United States of America, through undersigned counsel, respectfully moves this Court for a 30-day extension of time, until April 30, 2025, within which to file the United States' brief. The requested extension is not for purposes of delay, but to ensure a complete response to Defendant-Appellant Christopher Ugochukwu's brief.

The United States' brief is currently due on March 31, 2025. However, undersigned counsel needs additional time to review the issues in this case and complete a thorough response to Ugochukwu's arguments. The United States, therefore, respectfully requests that the Court grant a 30-day extension, until April 30, 2025, within which to file its brief.

This is the United States' first extension request in this appeal. Ugochukwu will not be prejudiced because he is in custody serving his 320-month sentence.

        Respectfully submitted,

        CAROL M. SKUTNIK
        Acting United States Attorney
        Northern District of Ohio

By: /s/ *Joseph H. Walsh*
        Joseph H. Walsh
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        (216) 622-3833
        Joseph.Walsh@usdoj.gov